# Exhibit A

No.1:25-cv-1878

**National Immigration Project** — Lawyers for the Movement

February 11, 2025

Sent via ICE SecureRelease Portal

U.S. Immigration & Customs Enforcement
500 12th Street SW, Stop 5009
Washington, DC 20536-5009
Phone: (866) 633-1182

**Re: Freedom of Information Act Request for Records Related to ICE Custody Determinations**

Dear FOIA Officers,

The National Immigration Project submits this request for records pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, to obtain information regarding the directive that Acting ICE Director Caleb Vitello must personally review and approve of the release of any noncitizen from ICE custody, as reported by Fox News on February 6, 2025.[1]

The National Immigration Project seeks a fee waiver, pursuant to 5 U.S.C. § 552(a)(4)(A)(iii), because the records sought will contribute to the public's understanding of ICE's decision making process for releasing noncitizens, and release of the information is not in its commercial interest.

### I.   Records Requested:

The National Immigration Project requests that the above-named agency produce the following records within twenty (20) business days. The National Immigration Project requests all records, including statistical aggregate data, reflecting the following:

1. A copy of the policy, written directive, memoranda, or other written guidance including email created, modified, sent, received or collected by ICE describing the requirement that the acting ICE director[2] personally approve every noncitizen's release from ICE custody.

---

[1] Adam Shaw, *Trump's ICE Limits Illegal Immigrant Releases Amid Moves to Shake Off Biden "Hangover"*, Fox News (Feb. 6. 2025), https://www.foxnews.com/politics/trumps-ice-limits-illegal-immigrant-releases-amid-moves-shake-off-biden-hangover.amp.

[2] This term, here and elsewhere, includes Acting ICE Director Caleb Vitello or anyone else in this role as well as any person appointed to the ICE Director role.

1

1201 Connecticut Ave NW, Suite 531 #896645, Washington, DC  20036
**Phone**: (617) 227-9727 | **Fax**: (617) 227-5495 | **Web**: www.nipnlg.org | **Social**: @nipnlg

2. Data regarding the detained noncitizens awaiting review from the acting ICE director for their releases, as of the date the search for the data is conducted:

   a. The total number of detained noncitizens awaiting release approval by the acting ICE director;
   b. The number of detained noncitizens awaiting release approval by the acting ICE director who were granted asylum by an Immigration Judge;
   c. The number of detained noncitizens awaiting release approval by the acting ICE director who were granted withholding of removal or protection under the Convention Against Torture by an Immigration Judge;
   d. The number of detained noncitizens awaiting release approval by the ICE director who were granted Cancellation of Removal by an Immigration Judge;
   e. The number of detained family units awaiting release approval by the acting ICE director;
   f. The number of detained *J.O.P v. DHS* class members awaiting release approval by the acting ICE director;
   g. The number of detained noncitizens awaiting release approval by the ICE director whose bond has been paid as evidenced by an executed ICE Form I-352;
   h. The number of detained noncitizens awaiting release approval by the acting ICE director whose removal proceedings were terminated by an Immigration Judge and DHS did not reserve appeal; and
   i. The location of each detained noncitizen awaiting release approval by the acting ICE director.

3. Data regarding the noncitizens previously impacted by the acting ICE director's review of their custody, from January 20, 2025 through the date the search is conducted:

   a. The total number of detained noncitizens denied release by the acting ICE director;
   b. The number of days from when each noncitizen was eligible for release to when the acting ICE director denied release;
   c. The location of each detained noncitizen who was denied release by the acting ICE director;
   d. The total number of noncitizens released from ICE custody following the ICE director's review and approval;
   e. The number of detained noncitizens who were granted asylum by an Immigration Judge and were released from ICE custody following the acting ICE director's review and approval;
   f. The number of detained noncitizens who were granted withholding of removal or protection under the Convention Against Torture by an Immigration Judge and were released from ICE custody following the acting ICE director's review and approval;

1201 Connecticut Ave NW, Suite 531 #896645, Washington, DC  20036
**Phone**: (617) 227-9727 | **Fax**: (617) 227-5495 | **Web**: www.nipnlg.org | **Social**: @nipnlg

g. The number of detained noncitizens who were granted Cancellation of Removal by an Immigration Judge and were released from ICE custody following the acting ICE director's review and approval;
h. The number of detained family units who were released from ICE custody following the acting ICE director's review and approval;
i. The number of detained *J.O.P v. DHS* class members who were released from ICE custody following the acting ICE director's review and approval;
j. The number of detained noncitizens whose bond was paid as evidenced by an executed ICE Form I-352 and who were released from ICE custody following the acting ICE director's review and approval;
k. The number of detained noncitizens whose removal proceedings were terminated by an Immigration Judge and DHS did not appeal who were released from ICE custody following that acting ICE director's review and approval;
l. Where each noncitizen was detained prior to their release from ICE custody following acting ICE director's review and approval; and
m. For each category (3)(e) through (3)(k), the number of days from when the noncitizen was eligible for release to when the acting ICE director approved the noncitizen's release.

**Note that the National Immigration Project does not seek any personally identifiable information about any third party, including any noncitizen.**

The National Immigration Project asks that any records that exist in electronic form be provided electronically in their native file format, if possible. Alternatively, the National Immigration Project requests that records be provided electronically in a text-searchable, static-image format (PDF), in the best image quality in the agency's possession, and that the records be provided in separate, *Bates*-stamped files. Please produce with the records any metadata and load files. If codes are employed, please also produce any documents in your possession explaining the codes employed, and what they signify.

If under applicable law any of the information is considered exempt, please describe in detail the nature of the information withheld, the specific exemption or privilege upon which the information is withheld, and whether the portions of withheld documents containing non-exempt or non-privileged information have been provided. The National Immigration Project seeks the release of all portions of otherwise exempt material that can be segregated.

II. **The Requestor**

The National Immigration Project is a national 501(c)(3), tax-exempt, not-for-profit organization. Its members and supporters include attorneys, legal workers, law students, judges, jailhouse lawyers, grassroots advocates, community organizations, and people who have faced detention or deportation and their loved ones. The National Immigration Project provides technical

3

1201 Connecticut Ave NW, Suite 531 #896645, Washington, DC  20036
**Phone**: (617) 227-9727 | **Fax**: (617) 227-5495 | **Web**: www.nipnlg.org | **Social**: @nipnlg

and litigation assistance, participates in impact litigation, provides legal training to the bar and the bench, and regularly publishes practice advisories and community resources on immigration law topics.

### III. Request for Expedited Processing

The National Immigration Project requests expedited processing of the above Request pursuant to applicable law and regulations.[3] There is a "compelling need" for these records, as defined in the statute and regulations, because the information requested is urgently needed by an organization primarily engaged in disseminating information in order "to inform the public about actual or alleged Federal Government activity.[4] In addition, the records and information sought relate to a "loss of substantial due process rights."[5]

### IV. Request for Waiver of All Costs

The National Immigration Project is an organization that works on behalf of immigrant communities and asks that the agency waive all fees associated with this request.

The National Immigration Project is entitled to a waiver of all costs because disclosure of the information is "likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." 5 U.S.C. § 552(a)(4)(A)(iii); *see also* 6 C.F.R. § 5.11 (k) (records furnished without charge or at a reduced rate if the information is in the public interest, and disclosure is not in commercial interest of institution).

A fee waiver also would fulfill Congress' intent in amending the FOIA. *Judicial Watch, Inc. v. Rossoti*, 326 F.3d 1309, 1312 (D.C. Cir. 2003) (discussing that Congress intended the FOIA to be construed broadly to favor fee waiver for noncommercial requests). In addition, the National Immigration Project can widely disseminate the requested information. *Judicial Watch*, 326 F.3d at 1301 (finding a fee waiver appropriate when the requester explained, in detailed and non-conclusory terms, how and to whom it would disseminate the information it received).

#### A. Disclosure of the Information is in the Public Interest

Disclosure of the requested information is in the public interest. It will contribute significantly to the public understanding of government conduct, specifically ICE custody determinations.

---

[3] *See* 5 U.S.C. § 552(a)(6)(E)(I); 6 C.F.R. § 5.5(e)(1)(ii)–(iv).

[4] 5 U.S.C. § 552(a)(6)(E)(v)(II); *see also* 6 C.F.R. § 5.5(e).

[5] 6 C.F.R. § 5.5(e)(1)(ii).

4

The National Immigration Project has the capacity and intent to disseminate widely the requested information to the public. The National Immigration Project will review, analyze and and/or summarize the information obtained through this FOIA. In addition, the National Immigration Project's staff will speak publicly and publish related written materials to be shared with the public, organization members, and the academic community. The National Immigration Project will make the information available through its website, which is accessible by any member of the public. In 2024, the National Immigration Project received 374,892 page views with the top resource garnering 1,397 views. Finally, the National Immigration Project has frequent contact with national print and news media and plans to share the information from the FOIA disclosures with interested media.

### B.     Disclosure of the Information is Not Primarily in the Commercial Interest of the Requester

As a tax-exempt, not-for-profit educational and charitable organization, attorneys, noncitizens, and any other interested members of the public may obtain information about immigration-related issues for free through various media. The National Immigration Project distributes written materials through our website, www.nipnlg.org. The National Immigration Project also shares information through public and educational appearances. The requested information is sought for the purpose of disseminating it to members of the public and the organization's members so that they gain an understanding of ICE's decision making process for releasing noncitizens from its custody. The requested information is not for the purpose of commercial gain.

### IV.    Address for Productions

Thank you for your consideration of this request. We look forward to your response to our request within twenty (20) business days, as required by statute. 5 U.S.C. § 552(a)(6)(A)(i). Please furnish records as soon as they are identified via email to matt@nipnlg.org and by mail to:

Matthew Vogel
National Immigration Project
1201 Connecticut Ave NW
Suite 531 #896645
Washington, DC  20036

5

1201 Connecticut Ave NW, Suite 531 #896645, Washington, DC  20036
**Phone**: (617) 227-9727 | **Fax**: (617) 227-5495 | **Web**: www.nipnlg.org | **Social**: @nipnlg

Thank you in advance for your prompt response to this request.

Sincerely,

Matthew Vogel
Supervising Attorney
National Immigration Project
1201 Connecticut Ave NW
Suite 531 #896645
Washington, DC  20036
(504) 569-5650

*Not admitted in DC; working remotely from and admitted in Louisiana only*

6

1201 Connecticut Ave NW, Suite 531 #896645, Washington, DC  20036
**Phone**: (617) 227-9727 | **Fax**: (617) 227-5495 | **Web**: www.nipnlg.org | **Social**: @nipnlg