IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD and AMERICAN IMMIGRATION COUNCIL,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendants*. | Case No. 1:25-cv-01878-JMC |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff American Immigration Council.

Date: September 12, 2025          /s/ Chris Opila

　　　　　　　　　　　　　　　　Christopher ("Chris") Opila (DC Bar No. 90029724)
　　　　　　　　　　　　　　　　AMERICAN IMMIGRATION COUNCIL
　　　　　　　　　　　　　　　　PMB2026
　　　　　　　　　　　　　　　　2001 L Street N.W., Suite 500
　　　　　　　　　　　　　　　　Washington, DC 20036,
　　　　　　　　　　　　　　　　(202) 507-7699 | copila@immcouncil.org