UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*<br><br>　　　　Defendant. | Civil Action No. 25-1878 (JMC) |

**STATUS REPORT**

Defendants, the Department of Homeland Security and Immigration and Customs Enforcement, by and through the undersigned counsel, respectfully submit this Status Report.

On August 14, 2025, the Court ordered Defendants to respond to Plaintiff's original Complaint no later than September 15, 2025. *See* Min. Order of Aug. 14, 2025. However, on September 12, 2025, Plaintiff filed an Amended Complaint without seeking any leave of Court to do so. *See* Am. Compl. (ECF No. 11). At this time, then, Defendants seek clarity on the procedural posture of this case. If the Court deems that Plaintiff's filing on September 12, 2025, should be regarded as a Motion for Leave to File an Amended Complaint, Defendants will respond accordingly. However, if the Amended Complaint is already deemed filed by the Court, Defendants respectfully request that the Court see the deadline for their response to October 10, 2025.

Dated: September 16, 2025
　　　　Washington, DC　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JEANINE FERRIS PIRRO
　　　　　　　　　　　　　　　　　　　　United States Attorney

By:     /s/ *Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*