UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD,<br><br>        *Plaintiffs,*<br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>        *Defendants.* | Civil Action No. 25-cv-01878 (JMC) |

## **DEFENDANTS' ERRATA CONCERNING ANSWER TO AMENDED COMPLAINT**

Defendants, through the undersigned counsel, hereby files this Errata Sheet to correct a mistake made by the undersigned counsel. Specifically, the undersigned counsel, while rushing to meet the filing deadline, filed the wrong version of the Answer to the Amended Complaint. Accordingly, enclosed with this Errata Sheet is Plaintiff's corrected Answer, attached hereto as Exhibit A.

The undersigned counsel apologizes to the Court and opposing counsel for any inconvenience caused by his mistakes.

Dated: December 2, 2025
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     /s/ *Fithawi Berhane*
    FITHAWI BERHANE
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-6653
    Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*