**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

NATIONAL IMMIGRATION PROJECT OF
THE NATIONAL LAWYERS GUILD, *et al.*,

*Plaintiffs*,

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT, *et al.*,

*Defendants*.

---

Case No. 1:25-cv-01878-JMC

## JOINT STATUS REPORT

On December 3, 2025, the Court ordered the parties to "confer and submit a joint proposed schedule for further proceedings, which shall include a proposed schedule for the processing and release of responsive records or for briefing dispositive motions, by December 17, 2025." Pursuant to the Court's December 3, 2025, Minute Order, the parties have conferred and respectfully submit the following the instant Joint Status Report.

This Freedom of Information Act ("FOIA") action concerns two requests Plaintiffs submitted to the United States Immigration and Customs Enforcement ("ICE"). Plaintiff National Immigration Project submitted a FOIA request for records relating to policies and directives requiring the acting ICE director to personally approve every noncitizen's release from ICE custody. Plaintiff American Immigration Council submitted a second FOIA request for records implementing Presidential Proclamation 10,888 and Executive Order 14,165. *See* ECF No. 9, Compl. ¶¶ 7, 37-38.

Defendants completed their first interim release to Plaintiffs on December 15, 2025. At this time, Defendants report that there is one remaining outstanding search being finalized by an

1

agency component, which will be processed for release if the search returns potentially responsive records. Defendants intend to provide Plaintiffs with a timeline for the completion of the remaining search no later than January 7, 2026.

The parties propose filing a Joint Status Report on or before February 10, 2026 to update the Court on the status of the pending FOIA requests.  The parties did not reach an agreement as to the remainder of "a proposed schedule for the processing and release of responsive records." Min. Order. The parties therefore include each of their respective proposals below:

**Plaintiffs' Proposal:**  Plaintiffs propose that Defendants complete all searches by January 30, 2026 and provide Plaintiffs with a description of these searches by that date.  Plaintiffs further propose that Defendants make their next production of documents on or before March 2, 2026. Plaintiffs further propose deferring the scheduling of any remaining productions and summary judgment briefing deadlines until Defendants have completed their searches.

**Defendants' Proposal:** The undersigned counsel for Defendants received Plaintiffs' proposal statement after the close of business on December 17, 2025, and therefore is currently unable to obtain agency input on a response. Should any response be necessary, Defendants will provide one no later than December 19, 2025. However, the undersigned counsel for Defendants notes that it is impossible for an agency defendant to commit to a timeline for a search that has not even been started, or to commit to a production schedule before it is able to form some conception regarding the number potentially responsive records that need to be processed for applicable exemptions.

Dated: December 17, 2025

Respectfully submitted,

*/s/Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*

*/s/ Jaime A. Santos*
Jaime A. Santos (DC Bar No. 1047905)
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036-1612
Tel: +1 202 346-4000
Fax: +1 202 346-4444
JSantos@goodwinlaw.com

Linnea Cipriano (NY Bar No. 4913158)*
Lauren Kuehn Pelletier (NY Bar No. 5581160)*
Olubukola Ayetiwa (NY Bar No. 6063523)*
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: +1 212 813 8800
Fax: +1 212 355 3333
LCipriano@goodwinlaw.com
LPelletier@goodwinlaw.com
OAyetiwa@goodwinlaw.com

*Pro hac vice application forthcoming

*Counsel for Plaintiffs*

Yulie Landan (CA Bar No. 348958)*+
National Immigration Project
1763 Columbia Rd. N.W.
Suite 175 #896645
Washington, DC 20009
(504) 569-5650
yulie@nipnlg.org

*Pro hac vice application forthcoming
† Not admitted in DC; working remotely from
and admitted in Louisiana only
+ Not admitted in DC; working remotely from
New York and admitted in California only

*Counsel for Plaintiff National Immigration
Project*

3

Chris Opila (DC Bar No. 90029724)
Raul A. Pinto (DC Bar No. 90013180)
AMERICAN IMMIGRATION COUNCIL
PMB2026
2001 L Street N.W., Suite 500
Washington, DC 20036,
(202) 507-7699
copila@immcouncil.org
rpinto@immcouncil.org

*Counsel for Plaintiff American Immigration Council*