IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD and AMERICAN IMMIGRATION COUNCIL,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>*Defendants*. | Civil Action No. 1:25-cv-01878 |

### MOTION FOR ADMISSION *PRO HAC VICE* OF LINNEA P. CIPRIANO

Plaintiffs National Immigration Project of the National Lawyers Guild and American Immigration Council, by and through its counsel Jaime A. Santos, an active member of the United States District Court for the District of Columbia, hereby moves pursuant to Local Rule 83.2(d) for the *pro hac vice* admission of Linnea P. Cipriano in the above-captioned case. Linnea P. Cipriano is a member in good standing of the New York Bar and admitted to the Federal District Courts of the Southern District of New York, and U.S. Court of Appeals Federal Circuit. She is employed as an attorney with Goodwin Procter LLP, located at 620 Eighth Avenue, New York, New York. In support of this motion, Linnea P. Cipriano's declaration is filed herewith.

| | |
|---|---|
| Dated: March 5, 2026 | Respectfully submitted,<br><br>*/s/ Jaime A. Santos*<br>Jaime A. Santos (D.C. Bar No. 1047905)<br>GOODWIN PROCTER LLP<br>1900 N Street, N.W.<br>Washington, D.C. 20036<br>(202) 346-4000<br>JSantos@goodwinlaw.com |