# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD and AMERICAN IMMIGRATION COUNCIL,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendants. .* | Civil Action No. 1:25-cv-01878 |

## [PROPOSED] ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF LINNEA P. CIPRIANO

Upon consideration of Plaintiffs National Immigration Project of the National Lawyers Guild and American Immigration Council and sponsor Jaime A. Santos' motion to admit Linnea P. Cipriano *pro hac vice* in this action, it is hereby

**ORDERED** that Plaintiffs' motion is GRANTED; and it is further

**ORDERED** that Linnea P. Cipriano may enter appearances *pro hac vice* in this action for the purpose of representing Plaintiffs National Immigration Project of the National Lawyers Guild and American Immigration Council.

Dated: _____

                                                                                       Hon. Jia M. Cobb
                                                                                       United States District Judge

**NAME AND ADDRESS OF PARTIES ENTITLED TO BE NOTIFIED OF THIS ORDER**

NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD:

> **Jaime Santos**
> Goodwin Procter LLP
> 1900 N Street, NW
> Washington, DC 20036
> 202-346-4000
> Fax: 202-346-4444
> Email: jsantos@goodwinlaw.com

AMERICAN IMMIGRATION COUNCIL:

> **Chris Opila**
> AMERICAN IMMIGRATION COUNCIL
> Pmb2026
> 2001 L Street N.W.,
> Suite 500
> Washington, DC 20036
> 202-507-7699
> Email: copila@immcouncil.org

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF HOMELAND SECURITY:

> **Fithawi Berhane**
> U.S. ATTORNEY'S OFFICE
> 601 D Street NW
> Suite 7-210
> Washington, DC 20001
> (202) 252-6653
> Email: fithawi.berhane@usdoj.gov