# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD and AMERICAN IMMIGRATION COUNCIL,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendants*. | Civil Action No. 1:25-cv-01878 |

## [PROPOSED] ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF LAUREN K. PELLETIER

Upon consideration of Plaintiffs National Immigration Project of the National Lawyers Guild and American Immigration Council and sponsor Jaime A. Santos' motion to admit Lauren K. Pelletier *pro hac vice* in this action, it is hereby

**ORDERED** that Plaintiffs' motion is GRANTED; and it is further

**ORDERED** that Lauren K. Pelletier may enter appearances *pro hac vice* in this action for the purpose of representing Plaintiffs National Immigration Project of the National Lawyers Guild and American Immigration Council.

Dated:

                                                Hon. Jia M. Cobb
                                                United States District Judge

**NAME AND ADDRESS OF PARTIES ENTITLED TO BE NOTIFIED OF THIS ORDER**

NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD:

    **Jaime Santos**
    Goodwin Procter LLP
    1900 N Street, NW
    Washington, DC 20036
    202-346-4000
    Fax: 202-346-4444
    Email: jsantos@goodwinlaw.com

AMERICAN IMMIGRATION COUNCIL:

    **Chris Opila**
    AMERICAN IMMIGRATION COUNCIL
    Pmb2026
    2001 L Street N.W.,
    Suite 500
    Washington, DC 20036
    202-507-7699
    Email: copila@immcouncil.org

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF HOMELAND SECURITY:

    **Fithawi Berhane**
    U.S. ATTORNEY'S OFFICE
    601 D Street NW
    Suite 7-210
    Washington, DC 20001
    (202) 252-6653
    Email: fithawi.berhane@usdoj.gov