IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD and AMERICAN IMMIGRATION COUNCIL,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendants*. | Civil Action No. 1:25-cv-01878 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF OLUBUKOLA AYETIWA

Plaintiffs National Immigration Project of the National Lawyers Guild and American Immigration Council, by and through its counsel Jaime A. Santos, an active member of the United States District Court for the District of Columbia, hereby moves pursuant to Local Rule 83.2(d) for the *pro hac vice* admission of Olubukola Ayetiwa in the above-captioned case. Olubukola Ayetiwa is a member in good standing of the New York Bar. He is employed as an attorney with Goodwin Procter LLP, located at 620 Eighth Avenue, New York, New York. In support of this motion, Olubukola Ayetiwa's declaration is filed herewith.

Dated: March 5, 2026　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Jaime A. Santos*
　　　　　　　　　　　　　　　　　　　Jaime A. Santos (D.C. Bar No. 1047905)
　　　　　　　　　　　　　　　　　　　GOODWIN PROCTER LLP
　　　　　　　　　　　　　　　　　　　1900 N Street, N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　(202) 346-4000
　　　　　　　　　　　　　　　　　　　JSantos@goodwinlaw.com