IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD and AMERICAN IMMIGRATION COUNCIL,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendants.* | Civil Action No. 1:25-cv-01878 |

**DECLARATION OF OLUBUKOLA AYETIWA
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Olubukola Ayetiwa, hereby declare and state as follows:

1. I submit this declaration in support of the motion of Jaime A. Santos for my admission to practice *pro hac vice* in the above captioned matter.

2. My full name is Olubukola Martin Ayetiwa. I am an Associate with Goodwin Procter LLP, 620 Eighth Avenue, New York, NY 10018. My telephone number is (917) 229-7579.

3. I am a member in good standing of the bar of the State of New York (Bar No. 6063523). A certificate of good standing from the Supreme Court of the State of New York is appended to this declaration.

4. I have never been disciplined by any bar, and there are no pending disciplinary proceedings against me in any bar. I am not currently disbarred in any court, and I have not been denied admission to the courts of any state or any court of the United States.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from any office located in the District of Columbia. I am not a member of the District of Columbia bar, and I do not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of March, 2026 in New York, New York.

_____
Olubukola Ayetiwa