# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD and AMERICAN IMMIGRATION COUNCIL,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendants*. | Civil Action No. 1:25-cv-01878 |

## [PROPOSED] ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF OLUBUKOLA AYETIWA

Upon consideration of Plaintiffs National Immigration Project of the National Lawyers Guild and American Immigration Council and sponsor Jaime A. Santos' motion to admit Olubukola Ayetiwa *pro hac vice* in this action, it is hereby

**ORDERED** that Plaintiffs' motion is GRANTED; and it is further

**ORDERED** that Olubukola Ayetiwa may enter appearances *pro hac vice* in this action for the purpose of representing Plaintiffs National Immigration Project of the National Lawyers Guild and American Immigration Council.

Dated:

                                                      Hon. Jia M. Cobb
                                                      United States District Judge

## NAME AND ADDRESS OF PARTIES ENTITLED TO BE NOTIFIED OF THIS ORDER

NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD:

> **Jaime Santos**
> Goodwin Procter LLP
> 1900 N Street, NW
> Washington, DC 20036
> 202-346-4000
> Fax: 202-346-4444
> Email: jsantos@goodwinlaw.com

AMERICAN IMMIGRATION COUNCIL:

> **Chris Opila**
> AMERICAN IMMIGRATION COUNCIL
> Pmb2026
> 2001 L Street N.W.,
> Suite 500
> Washington, DC 20036
> 202-507-7699
> Email: copila@immcouncil.org

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF HOMELAND SECURITY:

> **Fithawi Berhane**
> U.S. ATTORNEY'S OFFICE
> 601 D Street NW
> Suite 7-210
> Washington, DC 20001
> (202) 252-6653
> Email: fithawi.berhane@usdoj.gov