IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD and AMERICAN IMMIGRATION COUNCIL,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　*Defendants*. | Civil Action No. 1:25-cv-01878 |

### NOTICE OF APPEARANCE OF OLUBUKOLA AYETIWA

　　Pursuant to Local Rule 83.6(a), please enter the appearance of Olubukola Ayetiwa of Goodwin Procter LLP as counsel on behalf of Plaintiffs National Immigration Project of the National Lawyers Guild and American Immigration Council in the above-captioned action.

Dated: March 12, 2026

*/s/ Olubukola Ayetiwa*
Olubukola Ayetiwa (*pro hac vice*)
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Tel: (917) 229-7579
Fax: (212) 355-3333
OAyetiwa@goodwinlaw.com

*Counsel for Plaintiffs National Immigration Project of the National Lawyers Guild and American Immigration Council*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2026, I caused a true and correct copy of the foregoing to be served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Olubukola Ayetiwa*
Olubukola Ayetiwa
