**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NATIONAL IMMIGRATION PROJECT OF
THE NATIONAL LAWYERS GUILD, *et al.*,

*Plaintiffs*,

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT, *et al.*,

*Defendants*.

Case No. 1:25-cv-01878-JMC

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE JOINT STATUS REPORT

Defendants, by and through the undersigned counsel, respectfully move the Court for an order extending the deadline for filing the parties' Joint Status Report until March 17, 2026. Plaintiff, through counsel, has stated that it is unopposed to the relief sought in this motion.

The Court's Minute Order of February 13, 2026, ordered the parties to file a Joint Status Report no later than March 13, 2026. On March 10, 2026, Plaintiffs reached out to Defendants about whether they intend on seeking a formal stay or extension. On March 11, 2026, the undersigned counsel stated that that he did not believe a stay or extension is needed since the only applicable deadline in this case was the Joint Status Report deadline that Defendants currently seek to extend. On March 12, 2026, at 10:19 PM, however, the undersigned counsel notified Plaintiffs that an extension or stay is needed based upon his communications with Defendants and acknowledged that based on correspondence they assume Plaintiffs oppose an extension or stay.

Subsequently, the undersigned counsel circulated a draft document at 9:52 am on March 13, 2026, and received Plaintiff's position statement at 4:07pm on March 13, 2026. Plaintiff's position statement, however, contains legal argument and case citations to which Defendants will

have to respond, but given the hour at which it was received  The undersigned counsel will not have sufficient time to prepare a draft and have it reviewed by the agency counsels and by his supervisors in a manner consistent with Department of Justice policy prior to filing unless the Court grants an extension in this case. Accordingly, Defendants respectfully request that the Joint Status Report deadline be extended to March 17, 2026. A proposed order is attached.


Dated: March 13, 2026


                                        Respectfully Submitted,

                                        JEANINE FERRIS PIRRO
                                        United States Attorney

                                        By: */s/ Fithawi Berhane*
                                              FITHAWI BERHANE
                                              Assistant United States Attorney
                                              601 D Street, NW
                                              Washington, D.C. 20530
                                              (202) 252-6653

                                              *Attorneys for the United States of*
                                              *America*