IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL IMMIGRATION PROJECT OF
THE NATIONAL LAWYERS GUILD, *et al.*,

*Plaintiffs*,

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT, *et al.*,

*Defendants*.

Case No. 1:25-cv-01878-JMC

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion for extension of time to file the parties' Joint Status Report it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that the deadline for the parties' Joint Status Report is March 17, 2026.

SO ORDERED.

_____                          _____
Date                                                                              United States District Court Judge