# EXHIBIT 2

Civil Action No. 1:25-cv-01878-JMC

**FILED**

**NOV 1 3 2025**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: EXTENSION OF DEADLINES IN
CIVIL MATTERS INVOLVING THE
UNITED STATES FOLLOWING
RESTORATION OF APPROPRIATIONS

Standing Order No. 25-59 (JEB)

Chief Judge James E. Boasberg

## ORDER

Funding for various Executive Branch agencies, including the Department of Justice, lapsed at the end of the day on September 30, 2025. Because this Court has a significant volume of civil matters involving the United States, its agencies, and its officers and employees in which the U.S. Attorney's Office for the District of Columbia and other Department of Justice litigating components represent those party litigants, this Court stayed and extended (as a default rule and subject to certain exceptions) all filing and discovery deadlines imposed upon the United States, any of its federal agencies, or any of its officers or employees by the number of days equal to the length (in days) of the lapse of appropriations plus ten days. See Standing Order No. 25-55, In Re: Stay of Civil Proceedings Involving the United States in Light of Lapse of Appropriations, October 1, 2025 (JEB).

The U.S. Attorney's Office for the District of Columbia has informed the Chief Judge that appropriations were restored to the Department of Justice effective November 12, 2025. To ensure a common understanding of the extension provided by Paragraph 1 of Standing Order No. 25-55 and to ensure an orderly recommencement of civil litigation pending against the United States in this district in the period immediately following the lapse in appropriations, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), it is hereby **ORDERED**:

1.      All filing and discovery deadlines covered by Paragraph 1 of Standing Order No. 25-55 that were set to occur during the now-concluded lapse in appropriations — i.e., those

**25 – 59**

falling in the period between October 1, 2025, and November 12, 2025, inclusive — are extended by 53 days (*i.e.*, the length of the lapse in appropriations (43 calendar days) plus ten days) from the date of the original deadline absent a case-specific order establishing a different deadline. By way of illustration, a government filing initially due on October 10, 2025, but extended by Paragraph 1 of Standing Order No. 25-55, is now due on December 2, 2025.

2.     In all civil actions and civil miscellaneous matters pending in the U.S. District Court for the District of Columbia, all filing and discovery deadlines imposed upon the United States, any of its federal agencies, or any of its officers or employees falling on a date between, and including, November 13 and 28, 2025 (*i.e.*, the-ten-business-day period following the conclusion of the lapse in appropriations), shall be extended by ten business days absent a case-specific order establishing a different deadline.

3.     For purposes of this Order and Paragraph 1 of Standing Order No. 25-55, a deadline imposed jointly on a governmental and opposing party shall be construed to be a deadline imposed on the United States.

Dated: November 13, 2025

_____
JAMES E. BOASBERG
Chief Judge

- 2 -