UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD, *et al*., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al*., <br><br> *Defendants*. | Civ. A. No. 25-1878 (JMC) |

## **DEFENDANT'S MOTION TO STAY**

Defendants, the Department of Homeland Security (the "Department") and Immigration and Customs Enforcement ("ICE"), by and through the undersigned counsel, respectfully move for a stay of this Freedom of Information Act ("FOIA") case and further processing of the FOIA request sent to the ICE. Defendants seek this relief due to the lapse of appropriations at the Department, of which ICE is a component.  The grounds for this motion are as follows.

This FOIA action concerns two requests Plaintiffs submitted to ICE.  Plaintiff, National Immigration Project submitted a FOIA request for records relating to policies and directives requiring the acting ICE director to personally approve every noncitizen's release from ICE custody.  Plaintiff American Immigration Council submitted a second FOIA request for records implementing Presidential Proclamation 10,888 and Executive Order 14,165. *See* ECF No. 9, Compl. ¶¶ 7, 37-38.

ICE, however, respectfully submits that there is good cause for the requested stay. While undersigned counsel is working because the Department of Justice is funded, DHS is currently experiencing a lapse in appropriations.  After further review, ICE's FOIA Division within ICE's

- 2 -

Office of Information Governance and Privacy has determined that it can no longer work on FOIA matters, including but not limited to processing FOIA requests, or issuing FOIA productions until the lapse of appropriations has ended. ICE instantly submits the attached Declaration of Dr. Kenneth Clark, which contains a more fulsome explanation of the grounds for Defendant's motion to stay this case. *See generally* Dr. Clark Decl. Thus, Defendants respectfully request a stay of this matter and the opportunity to file a status report seven days after appropriations are restored. This disruption to the deadlines is unavoidable for the reasons set forth above.

Plaintiffs are opposed to the relief sought in this motion. Defendants recognize the need for the timely resolution of this matter, but Defendants ultimately do not seek the stay for purposes of delay and indeed propose to file a joint status report within seven days of appropriations are restored to ensure that this case does proceed in a timely manner. Therefore, the Government hereby moves for a stay of this matter and any further processing and production of the FOIA request at issue, as well as the deadlines for filing joint status reports until appropriations to the Department are restored. Defendants propose that they file a status report within seven days of appropriations being restored. A proposed order accompanies this motion.

\* \* \*

- 3 -

Dated: March 25, 2026
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _____*/s/ Fithawi Berhane*_____
      FITHAWI BERHANE
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 252-6653
      Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*