UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL IMMIGRATION PROJECT OF
THE NATIONAL LAWYERS GUILD, *et al.*,

    *Plaintiffs*,

        v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, *et al.*,

    *Defendants*.

Civ. A. No. 25-1878 (JMC)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for a stay, and the entire record, it is hereby:

ORDERED that the motion is GRANTED; and it is further

ORDERED that this matter is hereby STAYED pending further order of the Court; and it is further

ORDERED that Defendants shall file a status report within seven days of appropriations being restored to the Department of Homeland Security.

SO ORDERED:

_____
Dated

_____
JIA M. COBB
United States District Judge

- 4 -