## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL IMMIGRATION PROJECT OF
THE NATIONAL LAWYERS GUILD and
AMERICAN IMMIGRATION COUNCIL,

     *Plaintiffs*,

    v.

UNITED STATES IMMIGRATION AND
CUSTOMS vs. ENFORCEMENT and UNITED
STATES DEPARTMENT OF HOMELAND
SECURITY,

     *Defendants. .*

Civil Action No. 1:25-cv-01878

### [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO STAY

Upon consideration of Defendants Department of Homeland Security ("DHS") and

Immigration and Customs Enforcement ("ICE")'s Motion to Stay (ECF No. 24) and National

Immigration Project ("NIP") and American Immigration Council ("AIC")'s opposition, it is

hereby:

**ORDERED** that Defendant's Motion to Stay is DENIED; and it is further

**ORDERED** that Defendants to complete its searches by **April 17, 2026** and to complete

final production by **May 18, 2026**.

Dated: _____

                                 _____

                                 Hon. Jia M. Cobb
                                 United States District Judge

**NAME AND ADDRESS OF PARTIES ENTITLED TO BE NOTIFIED OF THIS ORDER**

NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD:

**Jaime Santos**
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
202-346-4000
Fax: 202-346-4444
Email: jsantos@goodwinlaw.com

**Lauren Alexandra Kuehn Pelletier**
GOODWIN PROCTER LLP
The New York Times Building
620 8th Avenue
New York, NY 10018
212-459-7492
Email: lpelletier@goodwinlaw.com

**Linnea P. Cipriano**
GOODWIN PROCTER LLP
620 Eighth Ave.
New York, NY 10018
212-459-7258
Email: lcipriano@goodwinprocter.com

**Olubukola Ayetiwa**
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
917-229-7579
Email: oayetiwa@goodwinlaw.com

AMERICAN IMMIGRATION COUNCIL:

**Chris Opila**
AMERICAN IMMIGRATION COUNCIL
Pmb2026
2001 L Street N.W.,
Suite 500
Washington, DC 20036
202-507-7699
Email: copila@immcouncil.org

2

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF HOMELAND SECURITY:

**Fithawi Berhane**
U.S. ATTORNEY'S OFFICE
601 D Street NW
Suite 7-210
Washington, DC 20001
(202) 252-6653
Email: fithawi.berhane@usdoj.gov