**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD and AMERICAN IMMIGRATION COUNCIL,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS vs. ENFORCEMENT and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>*Defendants.* . | Civil Action No. 1:25-cv-01878 |

**MOTION FOR ADMISSION *PRO HAC VICE* OF SHAUNA PERIGO**

*Plaintiffs* National Immigration Project of the National Lawyers Guild and American Immigration Council by and through its counsel Jaime A. Santos, D.C. Bar No. 1047905, an active member of the United States District Court for the District of Columbia, hereby moves pursuant to Local Rule 83.2(e) for the *pro hac vice* admission of Shauna Perigo in the above-captioned case. Ms. Perigo is a member in good standing of the bar of the State of New York (Bar No. 6277495). Ms. Perigo has not been disciplined by any bars, and she has not been admitted *pro hac vic*e in this Court within the last two years.  She is employed as an Associate with Goodwin Procter, LLP, located at 620 Eighth Avenue, New York, NY 10018.  In support of this motion, Ms. Perigo's declaration is filed herewith.

 Dated: May 5, 2026

Respectfully submitted,

*/s/ Jaime A. Santos*
Jaime A. Santos (D.C. Bar No. 1047905)
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, D.C. 20036
(202) 346-4000
jsantos@goodwinlaw.com