IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD and AMERICAN IMMIGRATION COUNCIL,<br><br>     *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS vs. ENFORCEMENT and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>     *Defendants. .* | Civil Action No. 1:25-cv-01878 |

**DECLARATION OF SHAUNA PERIGO
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Shauna Perigo, hereby declare and state as follows:

1.     I submit this declaration in support of the motion of Jaime A. Santos for my admission to practice *pro hac vice* in the above captioned matter.

2.     My full name is Shauna Marie Perigo. I am an Associate with Goodwin Procter, LLP, 620 Eighth Avenue, New York, NY 10018. My telephone number is (917) 229-7506.

3.     I am a member in good standing of the bar of the State of New York (Bar No. 6277495). A certificate of good standing from the Supreme Court of the State of New York is appended to this declaration.

4.     I have never been disciplined by any bar, and there are no pending disciplinary proceedings against me in any bar. I am not currently disbarred in any court, and I have not been denied admission to the courts of any state or any court of the United States.

5.     I have not been admitted *pro hac vice* in this Court within the last two years.

6.     I do not engage in the practice of law from any office located in the District of

2

Columbia. I am not a member of the District of Columbia bar, and I do not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of May, 2026 in New York, New York.

_____
Shauna Perigo