**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NATIONAL IMMIGRATION PROJECT OF
THE NATIONAL LAWYERS GUILD and
AMERICAN IMMIGRATION COUNCIL,

     *Plaintiffs*,

    v.

UNITED STATES IMMIGRATION AND
CUSTOMS vs. ENFORCEMENT and UNITED
STATES DEPARTMENT OF HOMELAND
SECURITY,

     *Defendants. .*

Civil Action No. 1:25-cv-01878

## [PROPOSED] ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF SHAUNA PERIGO AS ADDITIONAL COUNSEL

Upon consideration of the motion of *Plaintiffs* National Immigration Project of the

National Lawyers Guild and American Immigration Council and sponsor Jaime A. Santos to

admit Shauna Perigo *pro hac vice* in this action, it is hereby

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED** that Shauna Perigo may enter an appearance *pro hac vice* in this action for

the purpose of representing *Plaintiffs* National Immigration Project of the National Lawyers

Guild and American Immigration Council.

Dated: _____

_____
Hon. Jia M. Cobb
United States District Judge

**NAME AND ADDRESS OF PARTIES ENTITLED TO BE NOTIFIED OF THIS ORDER:**

NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD:

> **Lauren Alexandra Kuehn Pelletier**
> GOODWIN PROCTER LLP
> The New York Times Building
> 620 8th Avenue
> New York, NY 10018
> 212-459-7492
> Email: lpelletier@goodwinlaw.com

> **Linnea P. Cipriano**
> GOODWIN PROCTER LLP
> 620 Eighth Ave.
> New York, NY 10018
> 212-459-7258
> Email: lcipriano@goodwinprocter.com

> **Olubukola Ayetiwa**
> GOODWIN PROCTER LLP
> 620 Eighth Avenue
> New York, NY 10018
> 917-229-7579
> Email: oayetiwa@goodwinlaw.com

> **Jaime Santos**
> Goodwin Procter LLP
> 1900 N Street, NW
> Washington, DC 20036
> 202-346-4000
> Fax: 202-346-4444
> Email: jsantos@goodwinlaw.com

AMERICAN IMMIGRATION COUNCIL:

> **Chris Opila**
> AMERICAN IMMIGRATION COUNCIL
> Pmb2026
> 2001 L Street N.W.,
> Suite 500
> Washington, DC 20036
> 202-507-7699
> Email: copila@immcouncil.org

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF HOMELAND SECURITY:

**Fithawi Berhane**
U.S. ATTORNEY'S OFFICE
601 D Street NW
Suite 7-210
Washington, DC 20001
(202) 252-6653
Email: fithawi.berhane@usdoj.gov