**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL IMMIGRATION PROJECT OF
THE NATIONAL LAWYERS GUILD and
AMERICAN IMMIGRATION COUNCIL,

        *Plaintiffs*,

    v.

UNITED STATES IMMIGRATION AND
CUSTOMS vs. ENFORCEMENT and UNITED
STATES DEPARTMENT OF HOMELAND
SECURITY,

        *Defendants.*

Civil Action No. 1:25-cv-01878

## NOTICE OF APPEARANCE OF SHAUNA PERIGO

Pursuant to Local Rule 83.6(a), please enter the appearance of Shauna Perigo of Goodwin

Procter LLP as counsel on behalf of Plaintiffs National Immigration Project of the National

Lawyers Guild and American Immigration Council in the above-captioned action.

Dated: June 8, 2026

/s/ *Shauna Perigo*
Shauna Perigo (*pro hac vice*)
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Tel: (917) 229-7506
Fax: (212) 355-3333
SPerigo@goodwinlaw.com

*Counsel for Plaintiffs National Immigration*
*Project of the National Lawyers Guild and*
*American Immigration Council*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2026, I caused a true and correct copy of the foregoing to be served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Shauna Perigo
Shauna Perigo