UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL IMMIGRATION PROJECT OF
THE NATIONAL LAWYERS GUILD, *et al.*,

    Plaintiffs,

    v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT, *et al.*

    Defendants.

Civ. No. 25-1878 (JMC)

## MOTION FOR EXTENSION OF TIME TO PRODUCE RECORDS

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants, the Department of Homeland Security and Immigration and Customs Enforcement ("ICE"), by and through undersigned counsel, respectfully move the Court for an order granting it an extension of time by twenty days (i.e., until August 4, 2026) to complete consultation review and produce any responsive, non-exempt records. Further, should the Court grant an extension on the aforesaid deadline by twenty days, Defendants also respectfully request that the Court extend the summary judgment deadlines by twenty days as well. Plaintiffs, through counsel, oppose the relief sought in this motion, although counsel has informed the undersigned that Plaintiffs may change their position to unopposed if sufficient explanation of the reason for the extension request is provided in this motion. The good cause for this motion is stated as follows:

This Freedom of Information Act ("FOIA") action concerns two FOIA requests Plaintiffs submitted to the ICE. Per the Minute Order of June 17, 2026, the Court ordered "the Government to produce all responsive records" subject to consultative review "by July 15, 2026." On July 6, 2026, one portion of the subject records were released to Plaintiffs. Another portion was released

on July 15, 2026. However, on July 14, 2026, ICE learned that consultation review is ongoing with respect to the outstanding records and that consultation review for those records will not be complete by the Court's July 15, 2026, deadline.

In the Joint Status Report of June 5, 2026, ICE advised the Court that it had "reached out to each third-party entity for an update on the status of their review and a timeline regarding when they expect their review to be complete" but that, as of that date, "[n]o response ha[d] been forthcoming." JSR (6/5/26) at 5. Subsequently, ICE established contact with all third-party entities and has made every effort to ensure compliance with the Court's deadline (including informing the third-party entities Court's deadline and periodically seeking updates on the status of the consultation reviews). However, ICE has since been informed by the third-party entity requiring an extension that the FOIA request and consultation materials were originally and accidentally sent to its Office of Inspector General, and therefore these materials were not provided to the FOIA office until the end of June. In any case, because ICE is currently in the unique position of having to comply with a deadline that is contingent on the actions of third-party entities who are not named parties in this litigation, ICE respectfully requests that the Court grants it additional time to facilitate a speedy disclosure of the records currently subject to consultation review to Plaintiffs.

Defendant therefore requests that the Court extend its time to produce the remaining records subject to consultation review by approximately twenty days, or until August 4, 2026. A proposed order is included herein.

Dated: July 15, 2026                         Respectfully submitted,


                                             JEANINE FERRIS PIRRO
                                             United States Attorney


                                             By: _/s/ *Fithawi Berhane*_____

2

FITHAWI BERHANE
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-6653
fithawi.berhane@usdoj.gov

*Attorneys for the United States of America*

3