UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*<br><br>Defendants. | Civ. No. 25-1878 (JMC) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion for an extension of time, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that the deadline to produce records is August 4, 2026; it is further

ORDERED that Defendants' motion for summary judgment is due on September 14, 2026; it is further

ORDERED that Plaintiffs' opposition and cross motion is due on October 12, 2026; it is further

ORDERED that Defendants' reply and opposition is due on November 1, 2026; and it is further

ORDERED that Plaintiffs' reply is due on December 10, 2026.

SO ORDERED.

_____
Date

_____
United States District Court Judge