**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD and AMERICAN IMMIGRATION COUNCIL,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>  *Defendants*. | Civil Action No. 1:25-cv-01878-JMC |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR
EXTENSION OF TIME**

Upon consideration of Defendants' Motion for Extension of Time (ECF No. 30) and

Plaintiffs' opposition, it is hereby:

**ORDERED** that Defendants' Motion is DENIED; it is further

**ORDERED** that Defendants must produce all responsive records by July 22, 2026; it is

further

**ORDERED** that Defendants' motion for summary judgment is still due on August 24,

2026; it is further

**ORDERED** that Plaintiffs' opposition and cross motion is still due on September 21,

2026; it is further

**ORDERED** that Defendants' reply and opposition is still due on October 22, 2026; it is

further

**ORDERED** that Plaintiffs' reply is still due on November 20, 2026.

**SO ORDERED.**

2

Dated: _____

_____
Hon. Jia M. Cobb
United States District Judge

**NAME AND ADDRESS OF PARTIES ENTITLED TO BE NOTIFIED OF THIS ORDER**

NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD:

**Jaime Santos**
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
202-346-4000
Fax: 202-346-4444
Email: jsantos@goodwinlaw.com

**Lauren Alexandra Kuehn Pelletier**
GOODWIN PROCTER LLP
The New York Times Building
620 8th Avenue
New York, NY 10018
212-459-7492
Email: lpelletier@goodwinlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Linnea P. Cipriano**
GOODWIN PROCTER LLP
620 Eighth Ave.
New York, NY 10018
212-459-7258
Email: lcipriano@goodwinprocter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Olubukola Ayetiwa**
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
917-229-7579
Email: oayetiwa@goodwinlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shauna Perigo**
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
917-229-7506
Email: sperigo@goodwinlaw.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

AMERICAN IMMIGRATION COUNCIL:

**Chris Opila**
AMERICAN IMMIGRATION COUNCIL
Pmb2026
2001 L Street N.W.,
Suite 500
Washington, DC 20036
202-507-7699
Email: copila@immcouncil.org

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF HOMELAND SECURITY:

**Fithawi Berhane**
U.S. ATTORNEY'S OFFICE
601 D Street NW
Suite 7-210
Washington, DC 20001
(202) 252-6653
Email: fithawi.berhane@usdoj.gov

4