**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD and AMERICAN IMMIGRATION COUNCIL,

*Plaintiffs*,

v.

UNITED STATES IMMIGRATION AND CUSTOMS vs. ENFORCEMENT and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

*Defendants.*

Civil Action No. 1:25-cv-01878

**NOTICE OF APPEARANCE OF CASSANDRA M. SNYDER**

Pursuant to Local Rule 83.6(a), please enter the appearance of Cassandra M. Snyder of Goodwin Procter LLP as counsel on behalf of Plaintiffs National Immigration Project of the National Lawyers Guild and American Immigration Council in the above-captioned action.

Dated: August 28, 2026

*/s/ Cassandra M. Snyder*

Cassandra M. Snyder (Bar No. 1671667)
GOODWIN PROCTER LLP
1900 N Street NW
Washington, DC 20036
Tel: (202) 346-4000
Fax: (202) 346-4444
CassandraSnyder@goodwinlaw.com

*Counsel for Plaintiffs National Immigration Project of the National Lawyers Guild and American Immigration Council*