**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD and AMERICAN IMMIGRATION COUNCIL,

*Plaintiffs*,

v.

UNITED STATES IMMIGRATION AND CUSTOMS vs. ENFORCEMENT and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

*Defendants.*

Civil Action No. 1:25-cv-01878

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that I, Jaime A. Santos, of Goodwin Procter LLP, hereby withdraw my appearance as counsel for Plaintiffs National Immigration Project of the National Lawyers Guild and American Immigration Council in the above-captioned matter. Cassandra Snyder, Linnea Cipriano, Lauren Kuehn Pelletier, Olubukola Ayetiwa, and Shauna Perigo of the firm Goodwin Procter LLP and Chris Opila of American Immigration Council will continue to serve as counsel for the Plaintiffs.

Dated: August 28, 2026

By: /s/ *Jaime A. Santos*

Jaime A. Santos (Bar No. 1047905)
**GOODWIN PROCTER LLP**
1900 N Street, N.W.
Washington, D.C. 20036
Tel.: (202) 346-4000
Fax: (202) 346-4444
Email: JSantos@goodwinlaw.com