UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD, *et al*.,

*Plaintiffs*,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al*.,

*Defendants*.

Civ. A. No. 25-1878 (JMC)

**MOTION TO VACATE BRIEFING DEADLINES**

Defendants, by and through counsel, respectfully move the Court for an order vacating the deadlines for summary judgment briefing in this case. Plaintiffs, via counsel, opposes vacating the briefing deadlines in this case, although Plaintiffs have indicated that they may be amenable to a one-month extension of the briefing deadlines. The good cause for the relief sought in this motion is supported by the fact that the parties have signified a willingness, in principle, to begin negotiations to narrow or otherwise resolve their disagreements with respect to this FOIA case. To facilitate their negotiations, Defendants have provided Plaintiffs with a description of their searches and of some of the disputed withholdings, and Defendants have indicated a willingness to provide a *Vaughn* index at a later time. Therefore, Defendants respectfully request that the Court vacate the summary judgment briefing deadlines, since there is a reasonable chance that the parties will be able to significantly narrow the disputed issued before summary judgment briefing if summary judgment briefing is required in this case. Defendant proposes that the parties update the

Court on the status of their negotiations via status report filings every 30 days from the date of the instant filing.

Dated: September 14, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/*Fithawi Berhane*

FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*