UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD, *et al*.,

*Plaintiffs*,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al*.,

*Defendants*.

Civ. A. No. 25-1878 (JMC)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion to vacate the summary judgment briefing deadlines, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that the summary judgment deadlines are vacated.

SO ORDERED

Dated:

____________________________
United States District Judge