# EXHIBIT D

Civil Action No. 1:25-cv-01878-JMC

*National Immigration Project v. ICE, et al*.,
Civil No. 25-cv-1878
U.S. Immigration and Customs Enforcement (ICE) Description of Searches

ICE provides the following informal search and production summary for purposes of the parties' settlement discussions and the requested suspension of deadlines. This summary is intended to provide additional information regarding searches conducted, components/custodians searched, locations searched, search terms used, records located or produced, and exemptions asserted to date. It is not a final *Vaughn* index or agency declaration. ICE reserves all applicable FOIA exemptions, privileges, defenses, objections, and litigation positions.

| Search | Component | Custodians | Locations | Search Terms | Records |
|---|---|---|---|---|---|
| Search A – New | ERO | **2025-ICFO-19164** – Enforcement and Removal Operations (ERO) Unit Chief for Field Operations (HQ)<br><br>**2025-ICFO-34832** – Unit Chief, two Section Chiefs, and two Detention and Deportation Officers with ERO Field Operations (HQ)<br><br>**2025-ICLI-00070** – Same as descriptions re: **2025-ICFO-19164.** | **2025-ICFO-19164**<br><br>No search conducted before the filing of the complaint.<br><br>**2025-ICFO-34832**<br><br>• Hard drives (desktop / laptop)<br><br>• Outlook (emails)<br><br>**2025-ICLI-00070** – Same as descriptions re: **2025-ICFO-19164.** | **2025-ICFO-19164**<br><br>No search conducted before the filing of the complaint.<br><br>**2025-ICFO-34832**<br><br>• "Section 2(c)"<br>• "Section 5"<br>• "Section 7(c)"<br>• "Executive Order 14, 165, 90"<br>• "Presidential Proclamation 10,888, 90 Fed. Reg. 8333"<br>• "Executive Order 14, 165, 90 Fed Reg. 8467"<br>• "Executive Order 14165"<br>• "Proclamation 10888"<br>• "Securing Our Borders"<br>• "Catch and Release"<br>• "Guaranteeing the States Protection Against Invasion" | **2025-ICFO-19164** – Tasked on February 27, 2025. Partial response provided on September 19, 2025, including an Excel spreadsheet with responsive data. The spreadsheet was produced on December 15, 2025, under the 2025-ICLI-00070 tasking—see below.<br><br>(b)(6) and (b)(7)(C) used to protect privacy of non-waivered individuals, to include PII or other identifying information that could lead to identification.<br><br>**2025-ICFO-34832** – Tasked on May 7, 2025. Partial response provided on July 30, 2025, including copies of internal ERO guidance. 5 records, 16 pages, related to internal ERO guidance in connection with the EO and Proclamation produced on December 15, 2025.<br><br>(b)(6) and (b)(7)(C) used to protect privacy of non-waivered individuals, to include PII or other identifying information that could lead to identification.<br><br>(b)(5) was initially applied to withhold releasing DP, A/C or AWP protected information. All (b)(5) withholdings were subsequently lifted.<br><br>**2025-ICLI-00070** – In total, 1 Excel spreadsheet, and 59 pages of records were released |

| | | | | | |
|---|---|---|---|---|---|
| | | | | **2025-ICLI-00070** – Same as descriptions re: **2025-ICFO-19164.** | throughout the litigation, across 4 interim productions on December 15, 2025, April 30, 2026, July 6, 2026, and July 15, 2026, respectively. An additional interim production of 5 pages was released directly by the Department of State on or about August 7, 2026. Finally, on August 24, 2026, certain previously released records were re-processed and re-released to you. For the avoidance of doubt, no new records were produced on August 24, 2026—ICE merely lifted various (b)(5) withholdings, per your request and objection.<br><br>(b)(6), (b)(7)(C), and (b)(7)(F) were used to protect privacy of non-waivered individuals, to include PII or other identifying information that could lead to identification<br><br>(b)(5) was applied to withhold releasing DP, A/C or AWP protected information.<br><br>(b)(7)(E) was used to protect records compiled for law enforcement (LE) purposes, the release of which would disclose techniques and/or procedures for LE investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. This includes information concerning law enforcement guidance, techniques, procedures, or operational implementation, the disclosure of which could reasonably risk circumvention of the law.<br><br>Finally, (b)(3) was used to protect information specifically |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | exempted from disclosure by another statute, typically used to protect the confidentiality of information belonging to, and the privacy rights of, third-parties. |
| Search B - New | ORAP | Office of Regulatory Affairs and Policy (ORAP) Taskings Analyst | **2025-ICFO-19164** – Not tasked. | **2025-ICFO-19164** – Not tasked. | **2025-ICFO-19164** -Not tasked. |
| | | | **2025-ICFO-34832**<br>• ICE Intranet System (IPM)<br>• Hard drives (desktop / laptop)<br>• Outlook (emails) | **2025-ICFO-34832**<br>• "Executive Order 14165"<br>• "90 Fed. Reg. 8467<br>• "10888"<br>• "90 Fed. Reg. 8333"<br>• "Securing Our Borders" | **2025-ICFO-34832** – No records found. |
| | | | **2025-ICLI-00070**<br>• ICE Intranet System (IPM)<br>• Hard drives (desktop / laptop)<br>• Outlook (emails) | **2025-ICLI-00070**<br>• "Director Approval of Release"<br>• "Asylum"<br>• "Release Approval"<br>• "Asylum Statistics"<br>• "Release Statistics"<br>• "Personal Approval of Release" | **2025-ICLI-00070** – No records found. |
| Search C - New | OD | A search was conducted by a Supervisor Paralegal Specialist in an internal records repository (Casepoint) for Office of the Director (OD)-related records reasonably likely to contain responsive material(s) . | **2025-ICFO-19164**<br>No search conducted before the filing of the complaint. | **2025-ICFO-19164**<br>No search conducted before the filing of the complaint. | **2025-ICFO-19164** – No response before statutory deadline/filing of the complaint.<br><br>**2025-ICFO-34832** – Not tasked. |

| | | | | | |
|---|---|---|---|---|---|
| | | | **2025-ICFO-34832** – Not tasked.<br><br>**2025-ICLI-00070**<br>• Casepoint | **2025-ICFO-34832** – Not tasked.<br><br>**2025-ICLI-00070**<br>• "Noncitizen"<br>• "Alien"<br>• "Custody"<br>• "Release"<br>• "Bond"<br>• "Detention"<br>• "Parole"<br>• "POCR"<br>• "Continued Detention"<br>• "236"<br>• "235"<br>• "Judge"<br>• "Order"<br>• "Ordered" | **2025-ICLI-00070** – Tasked on February 6, 2026. Response provided on April 16, 2026. 48 pages of records were released throughout the litigation, across 3 interim productions on April 30, 2026, July 6, 2026, and July 15, 2026, respectively. An additional interim production of 5 pages was released directly by the Department of State on or about August 7, 2026. Finally, on August 24, 2026, certain previously released records were re-processed and re-released to you. For the avoidance of doubt, no new records were produced on August 24, 2026—ICE merely lifted various (b)(5) withholdings, per your request and objection.<br><br>(b)(6), (b)(7)(C), and (b)(7)(F) were used to protect privacy of non-waivered individuals, to include PII or other identifying information that could lead to identification<br><br>(b)(5) was applied to withhold releasing DP, A/C or AWP protected information.<br><br>(b)(7)(E) was used to protect records compiled for law enforcement (LE) purposes, the release of which would disclose techniques and/or procedures for LE investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law.<br><br>Finally, (b)(3) was used to protect information specifically exempted from disclosure by another statute, typically used |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | to protect the confidentiality of information belonging to, and the privacy rights of, third-parties. |
| Search D - New | OPLA | Office of the Principal Legal Advisor (OPLA) | **2025-ICFO-19164**<br>• Upon review of the nature and scope of the request, OPLA determined that it was not reasonably likely to contain responsive records. Accordingly, no separate OPLA search was conducted.<br><br>**2025-ICFO-34832** – Not tasked.<br><br>**2025-ICLI-00070** – See above re: **2025-ICFO-19164.** | **2025-ICFO-19164**<br>• Upon review of the nature and scope of the request, OPLA determined that it was not reasonably likely to contain responsive records. Accordingly, no separate OPLA search was conducted<br><br>**2025-ICFO-34832** – Not tasked.<br><br>**2025-ICLI-00070** – See above re: **2025-ICFO-19164.** | **2025-ICFO-19164** -No records.<br><br>**2025-ICFO-34832** – No records.<br><br>**2025-ICLI-00070** – No records. |

**2025-ICFO-19164**

| FOIA Request Item | Summary | Covered by Searches |
|---|---|---|
| 1 | A copy of the policy, written directive, memoranda, or other written guidance including email created, modified, sent, received or collected by ICE describing the requirement that the acting ICE director personally approve every noncitizen's release from ICE custody. | Search A<br>Search C |
| 2 | Data regarding the detained noncitizens awaiting review from the acting ICE director for their releases, as of the date the search for the data is conducted. | Search A<br>Search C |
| 3 | Data regarding the noncitizens previously impacted by the acting ICE director's review of their custody, from January 20, 2025, through the date the search is conducted. | Search A<br>Search C |

**2025-ICFO-34832**

| FOIA Request Item | Summary | Covered by Searches |
|---|---|---|
| 1 | All memoranda, musters, guidance, and other similar records implementing Sections 2(c), 5, and 7(c) of Executive Order 14,165, 90 Fed. Reg. 8467 (Jan. 20, 2025). | Search A<br>Search B<br>Search D |
| 2 | All memoranda, musters, guidance, and other similar records implementing Presidential Proclamation 10,888, 90 Fed. Reg. 8333 (Jan. 20, 2025). | Search A<br>Search B<br>Search D |