**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD and AMERICAN IMMIGRATION COUNCIL,

*Plaintiffs*,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

*Defendants.*

Civil Action No. 1:25-cv-01878-JMC

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO VACATE**

Upon consideration of Defendants' Motion to Vacate (ECF No. 34) and Plaintiffs' Opposition, it is hereby:

**ORDERED** that Defendants' Motion is DENIED; it is further

**ORDERED** that Defendants must serve on Plaintiffs a draft *Vaughn* index by October 2, 2026; it is further

**ORDERED** that the Parties shall meet and confer regarding Defendants' search efforts and asserted withholdings within seven (7) days of Defendants' service of the draft Vaughn index; it is further

**ORDERED** that Defendants' motion for summary judgment shall be due on November 13, 2026; it is further

**ORDERED** that Plaintiffs' opposition and cross motion is due on December 11, 2012; it is further

**ORDERED** that Defendants' reply and response is due on December 31, 2026; it is further

**ORDERED** that Plaintiffs' reply is due on February 9, 2027.

**SO ORDERED.**

Dated:

Hon. Jia M. Cobb
United States District Judge

**NAME AND ADDRESS OF PARTIES ENTITLED TO BE NOTIFIED OF THIS ORDER**

NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD:

**Cassandra Snyder**
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
202-346-4218
Email: cassandrasnyder@goodwinlaw.com

**Lauren Alexandra Kuehn Pelletier**
GOODWIN PROCTER LLP
The New York Times Building
620 8th Avenue
New York, NY 10018
212-459-7492
Email: lpelletier@goodwinlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Linnea P. Cipriano**
GOODWIN PROCTER LLP
620 Eighth Ave.
New York, NY 10018
212-459-7258
Email: lcipriano@goodwinprocter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Olubukola Ayetiwa**
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
917-229-7579
Email: oayetiwa@goodwinlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shauna Perigo**
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
917-229-7506
Email: sperigo@goodwinlaw.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

AMERICAN IMMIGRATION COUNCIL:

**Chris Opila**
AMERICAN IMMIGRATION COUNCIL
Pmb2026
2001 L Street N.W.,
Suite 500
Washington, DC 20036
202-507-7699
Email: copila@immcouncil.org

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF HOMELAND SECURITY:

**Fithawi Berhane**
U.S. ATTORNEY'S OFFICE
601 D Street NW
Suite 7-210
Washington, DC 20001
(202) 252-6653
Email: fithawi.berhane@usdoj.gov