UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD, *et al.*,

Plaintiffs,

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*

Defendants.

Civ. No. 25-1878 (JMC)

**CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

Defendants, by and through the undersigned counsel, respectfully move the Court for an order extending the deadline for filing the parties' Joint Status Report until October 8, 2026. Plaintiffs, through counsel, has stated their consent to the relief sought in this motion.

The Court's Order of September 24, 2026, ordered the parties to file a Joint Status Report no later than October 7, 2026, proposing a schedule "for any interim deadlines the Parties find necessary in light of the new schedule for summary judgment briefing, including any deadlines for meet and confer discussions and the submission of a *Vaughn* index." At this time, however, Defendants require a 24-hour extension of the Joint Status Report deadline because, among other things, the undersigned counsel for Defendants did not have sufficient time to confer with agency counsel regarding the proposed draft position statement circulated by Plaintiffs. Accordingly, because Defendants will not be able to respond to Plaintiffs' position statement in time for a timely filing of the parties' Joint Status Report, they therefore instantly seeks a 24-hour extension and for the Joint Status Report deadline be extended to October 8, 2026. A proposed order is attached.

Dated: October 7, 2026

Respectfully Submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *<u>/s/ Fithawi Berhane</u>*
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-6653

*Attorneys for the United States of America*