UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD, *et al.*,

Plaintiffs,

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*

Defendants.

Civ. No. 25-1878 (JMC)

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion for extension of time to file the parties' Joint Status Report it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that the deadline for the parties' Joint Status Report is October 8, 2026.

SO ORDERED.

_____
Date

___________________________
United States District Court Judge